IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR ROBINSON | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 22-cv-01439-JP |
| CITY OF PHILADELPHIA et al | : | |
| Defendants. | : | |

## NOTICE

A settlement conference **via the internet** will be held on **August 15, 2023** at **2:00 p.m.**, before the Honorable Richard A. Lloret, United States Magistrate Judge. Please email all participants' names and emails to sheila_mccurry@paed.uscourts.gov by **August 9, 2023.** The ZOOM log-on information will be emailed prior to the conference. A status telephone call will be held on **August 9, 2023** at **1:30 p.m.** Counsel will call chamber's call-in number which was provided via e-mail.

- Plaintiff must make a demand before the settlement conference. Defendant must make an offer before the conference.
- Plaintiff will comply with Fed.R.Civ.P. 26(a)(1)(A)(iii) **at once,** if plaintiff has not already provided a computation of damages that complies with the rule.
- Defendant will comply with Fed.R.Civ.P. 26(a)(1)(A)(iv) **at once**, if defendant has not already provided a full and complete copy of all insurance policies (including policy limits, retention and deductibles) in accordance with the rule.
- Please notify the court by joint telephone conference one week before the conference if settlement is not a real possibility, for example, if the defendant will not make an offer or will offer only nuisance value.
- Counsel is responsible to have clients with **full settlement authority** physically present for the duration of the conference.[1] A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **August 9, 2023**. **If it is NOT emailed by then Judge Lloret may CANCEL the settlement conference.**

                               */s/ Sheila McCurry*
                               SHEILA MCCURRY
                               Courtroom Deputy to the
                               Honorable Richard A. Lloret
                               U.S. Magistrate Judge
                               sheila_mccurry@paed.uscourts.gov

**Date:** August 2, 2023

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY
                                                                                                                   (Circle One)

    TRIAL/POOL DATE:

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____

    Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

    <u>Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable)</u>:


MOTIONS PENDING:


OTHER RELEVANT MATTERS:


DEMAND AND OFFER:


ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.

**<u>NOTE</u>: Submission of this form is a certification under Fed.R.Civ.P. 26(g) that counsel has complied with Fed.R.Civ.P. 26(a)(1) regarding initial disclosure of a computation of damages (as to plaintiff) and all insurance policies (as to defendant).**