### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCAR ROBINSON,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PHILADELPHIA, et al.,<br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>: **Civil Action**<br>: **2:22-cv-01439**<br>:<br>:<br>:<br>:<br>: |

### CONCISE STATEMENT OF STIPULATED MATERIAL FACTS

Pursuant to the Court's Scheduling Order dated July 13, 2023, Defendants and Plaintiff, by and through respective counsel, submit the following Concise Statement of Stipulated Material Facts.

**The May 21, 2020 Incident**

1. On May 21, 2020, Philadelphia Police Officers Eric Clark and Pedro Martin were working together in the 24th District. *See* Clark Dep. Tr. pp. 21-22, attached as Exhibit A.

2. Officer Clark and Officer Martin drove their patrol vehicle towards the area of 2900 North Philip Street. *See id.*, p. 22.

3. Officer Clark and Officer Martin arrived on scene and parked their patrol vehicle. *See id.*

4. There was a candlelight vigil event taking place at 2900 Philip Street. *See id.*

5. There is video footage and body cam footage which depicts the events at the scene.

6. Plaintiff was placed in the rear of a patrol car. *See id.*, p. 23.

7. Officer Redmond and Officer Smith arrived to provide backup assistance and exited their patrol vehicle. *See id.*, p. 88; Martin Dep. Tr. p. 71, attached as Exhibit B.

8. Plaintiff was eventually released from the patrol vehicle. *See* Clark Dep. Tr. pp. 41-42, attached as Exhibit A; Martin Dep. Tr. p. 40, attached as Exhibit B.

9. Police Officer McGrody was not on scene at any point on May 21, 2020. *See* Martin Dep. Tr. p. 89, attached as Exhibit A; McGrody Dep. Tr. p. 25, attached as Exhibit C.

10. Plaintiff testified that the incident caused "bruises and scrapes on [his] wrists from the handcuffs." *See* Pl.'s Dep. Tr. p. 47, attached as Exhibit D.

11. On May 28, 2020, the Internal Affairs Unit of the Philadelphia Police Department was alerted that an Instagram video posted on May 27, 2020, by "MBK_215", showed Officer Clark drawing his firearm and escorting Plaintiff to a patrol car. *See* Police Commissioner Memo dated May 4, 2021 (D000085), attached as Exhibit E.

12. In June 2020, an officer dropped off a slip at Plaintiff's house providing contact information regarding filing a complaint against police. *See* Pl.'s Dep. Tr. pp. 52-53, attached as Exhibit D.

13. On June 30, 2020, Plaintiff and his legal counsel provided a statement to the Internal Affairs Division regarding the May 21, 2020 incident. *See* Pl.'s Dep. Tr. pp. 52-53, attached as Exhibit D; Pl.'s Statement dated June 30, 2020 (D000239-D000242), attached as Exhibit F.

14. Plaintiff has produced the report of Kenneth J. Weiss, M.D. that, after the May Incident, Plaintiff "developed new symptoms of anxiety, avoidance, and psychological disturbances directly relating to the incident," and diagnosed Plaintiff with posttraumatic stress

disorder from the May 21, 2020 incident. *See* Aug. 10, 2020 Report of Kenneth J. Weiss, M.D. (P0011-0016), attached as Exhibit G.

**The July 28, 2020 Incident**

15. On July 22, 2020, Plaintiff's former girlfriend's mother reported in person to Detective Wimsey of the Philadelphia Police Department. *See* 1322_E_AIRDRIE_-_ROBBERY; PPD Investigation Report (D000003-D000017), attached as Exhibit H.

16. There is body cam footage of the report made by Plaintiff's former girlfriend's mother. *See* 1322_E_AIRDRIE_-_ROBBERY, attached as Exhibit I.

17. An arrest warrant for robbery was issued for Plaintiff. *See* Warrant of Arrest (D000012), attached as Exhibit H.

18. On July 28, 2020, Officer Martin and Officer Clark appeared for their shift at the 24th District, which is part of the East Division, and saw the warrant for Plaintiff. *See* Clark Dep. Tr. p. 56, attached as Exhibit A; Martin Dep. Tr. pp. 69-70, 77, attached as Exhibit B.

19. Officer Martin and Clark went to 2131 Simon Street in Philadelphia. *See* Martin Dep. Tr. p. 77, attached as Exhibit B.

20. There is body cam footage and video footage of the incident after Officer Martin and Clark exited the vehicle.

21. Plaintiff was transported to Episcopal Hospital. *See* 2131_Simon_(1322_E_AIRDRIE)_-ROBBERY_WARR-7 copy.mp4, attached as Exhibit J.

22. Neither Officer Redmond nor Officer McGrody transported Plaintiff to the hospital. *See id.*

3

23. On August 12, 2020, Plaintiff submitted a complaint against police regarding the July 28, 2020 incident through counsel. *See* Official Police Misconduct Complaint W-IAD-7682 (D000125-D000128), attached as Exhibit K.

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

**EXHIBIT D**

# EXHIBIT E

**EXHIBIT F**

# EXHIBIT G

# EXHIBIT H

# EXHIBIT I

**[body worn camera exhibit provided via USB]**

# EXHIBIT J

**[Body worn camera exhibit provided via USB]**

# EXHIBIT K