**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OSCAR ROBINSON, | **:** |
| Plaintiff, | **:** |
| | **:** |
| v. | **: Civil Action** |
| | **: 2:22-cv-01439** |
| CITY OF PHILADELPHIA, et al., | **:** |
| Defendants. | **:** |
| | **:** |
| | **:** |
| | **:** |

**<u>CONCISE STATEMENT OF ADDITIONAL FACTS</u>**

Pursuant to the Court's Scheduling Order dated July 13, 2023, Defendant Officers Eric Clark and Pedro Martin, by and through counsel, submit the following Concise Statement of Additional Facts.

1.      Plaintiff testified at his deposition that he was not physically injured from the May 2020 incident aside from "a couple of bruises and scrapes on [his] wrists from the handcuffs." *See* Pl.'s Dep. Tr. p. 47, attached as Exhibit A with the CONCISE STATEMENT OF STIPULATED MATERIAL FACTS.

2.      Plaintiff further testified that he did not have any subsequent mental issues related to the incident. *See id.*, p. 49