IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR ROBINSON | : | CIVIL ACTION |
| vs. | : | |
| POLICE OFFICER ERIC CLARK, ET AL. | : | NO.   22-1439 |

## SECOND AMENDED
## FEDERAL RULE OF CIVIL PROCEDURE 16 PRETRIAL SCHEDULING ORDER

### STANDARD TRACK CASES

**AND NOW,** this 27th day of October, 2023, **IT IS HEREBY ORDERED** that the trial pool date of October 23, 2023 has been **AMENDED** to a date certain date of October 25, 2023 and will continue for four (4) days.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova                    J.