IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR ROBINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER ERIC CLARK, ET AL. | : | NO. 22-1439 |

**CIVIL JUDGMENT**

AND NOW, this 7th day of November 2023, in accordance with the jury's verdict, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendant Officers Eric Clark, Pedro Martin, and Robert McGrody and against Plaintiff Oscar Robinson in the above captioned case.[1]

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.

---

[1] As no verdict was returned with respect to Defendant Officer Ryan Redmond, no Judgment is entered for or against Officer Redmond.